**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-08246-001-PCT-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Samuel Neskie Begay, | |
| Defendant. | |

The Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), section 15002(b)(1), allows for "the use of video teleconferencing" in a variety of criminal proceedings, including "[p]robation and supervised release revocation proceedings under Rule 32.1 of the Federal Rules of Criminal Procedure." Pub. Law 116-136 (enacted March 27, 2020). Before conducting a proceeding using video teleconferencing, three conditions must be met. First, the Judicial Conference of the United States must find that emergency conditions "will materially affect the functioning of either the Federal courts generally or a particular district court." § 15002(b)(1). Second, the chief judge of the district must authorize videoconferences. *Id.* And third, the defendant must, "after consultation with counsel," consent to the proceeding using video teleconferencing. § 15002(b)(4).

On March 29. 2020, the Judicial Conference made the required finding regarding emergency conditions. *See* https://www.uscourts.gov/news/2020/03/31/judiciary-authorizes-videoaudio-access-during-covid-19-pandemic. On March 30, 2020, Chief

Judge Snow authorized videoconferences "for all events listed in Section 15002(b) of the [CARES Act]." General Order 20-18. And on April 20, 2020, Defendant filed a document stating he has spoken with his counsel and "he has no objection to appearing remotely for his disposition hearing." (Doc. 68 at 1). Therefore, the disposition hearing will proceed using video teleconferencing.

Dated this 21st day of April, 2020.

_____
Honorable Roslyn O. Silver
Senior United States District Judge